# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, Plaintiff, | Case No.: 20-CR-88-CVE |
| vs. | Date: 12/7/2020 |
| | Court Time: 9:35 a.m. to 10:11 a.m. |
| Benjamin Hayford, Defendant(s). | **MINUTE SHEET - SENTENCING** |

Claire V. Eagan, U.S. District Judge    C. Portilloz, Deputy Clerk    Greg Bloxom, Reporter

Counsel for Plaintiff: Brian Young (via phone), Victor Regal    Counsel for Defendant: Rob Ridenour, FPD

Probation Officer: Sean Dooley    Interpreter: ____    ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel    ☐ Counsel waived    ☐ Evidentiary
☒ Plaintiff & Defendant reviewed PSI:    ☐ Objs by: ☐ Pltf ☐ Deft;  ☒ No Objs;    ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;    ☐ Findings re: Plea Agreement Accepted
☒ Sentence re: Guideline; ☐ Findings made; ☐ Departure: ☒ Variance:    ☐ Upward    ☒ Downward
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 29]:    ☐ Granted ☐ Denied ☒ Granted/Denied in part ☐ Moot
☒ Motion [Dkt. 31]:    ☒ Granted ☐ Denied ☐ Granted/Denied in part ☐ Moot
☐ Motion [Dkt. ___]:    ☐ Granted ☐ Denied ☐ Granted/Denied in part ☐ Moot

**SENTENCE: As to Count(s)** 1-5 **of the Indictment** :

☒ Bureau of Prison for a term of    24 mos.as to each of Counts 1-5    ☒ Concurrent  ☐ Consecutive  ☐ Not Imposed
☐ Probation for a term of    ____    ☐ Concurrent  ☐ Consecutive  ☐ Not Eligible
☒ Supervised Release for term of    5 years as to each of Counts 1-5    ☒ Concurrent  ☐ Consecutive  ☐ Not Imposed
☐ Fine: $ ____    ☐ With Interest  ☐ Interest Waived  ☒ Not Imposed
☐ Restitution: $ ____    ☐ With Interest  ☐ Interest Waived  ☐ Not Applicable
☒ Special Monetary Assessment $ 100.00 per Count 1-5, for a total of $500.00    ☒ Due Immediately  ☐ As Directed
☐ Order of Forfeiture [Dkt. ____]: is hereby incorporated into the Judgment by reference

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction    ☐ Gambling;  ☐ to include treatment
☒ DNA Sample    ☐ Home Detention Condition - ____ months*
☒ Controlled Substances Restriction    ☐ Immigration
☐ Alcohol Abstinence    ☒ Mental Health;  ☐ to include treatment
☐ Community Confinement - ____ months    ☐ Restitution
☐ Community Service - ____ hours    ☒ Search & Seizure
☐ Computer Restriction    ☐ Sex Offender - Paragraphs ____
☐ Curfew - ____ months*    ☐ Sober Living
☐ Domestic Violence Program    ☐ Substance Abuse Treatment & Testing
☐ Drug Testing    ☒ Drug Testing Suspended    ☐ Workforce Development
☒ Financial    *Entire cost of the electronic monitoring shall be paid by:  ☐ Prob  ☐ Deft

*******************************************************************************************

☒ Defendant advised of right to appeal    Court recommends to BOP:
☐ Appeal affidavit required    ☒ Designate a facility located in or near: Medical facility in/near Springfield, MO
    ☐ Residential Drug Abuse Treatment    ☐ Mental/Medical Evaluation
    ☒ Most comprehensive mental health treatment available
    ☒ Other: Ct. recommends Defendant's participation in dog training program

☒ Deft to self surrender to designated institution by 2:00 p.m. on: 1-20-2021, U.S.M. to advise of institution; ☒ Findings made

**Additional Minutes:** ____

Minute Sheet Sentencing    (CR-01b Modified 6/2020)